IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>**MARVIN JOSEPH CHANG,**<br><br>                Defendant. | CR NO: 1:21-cr-200 JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Marvin Joseph Chang
Detained at: North Kern State Prison (NKSP)
Detainee is:
    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
           charging detainee with: 18 USC § 113(a)(3)–Assault with a Dangerous Weapon
or
    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *Karen A. Escobar*
Printed Name & Phone No: Karen A. Escobar, 559-497-4094
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9/19/2024          *Sheila K. Oberto*
                                                Honorable Sheila K. Oberto
                                                U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | N/A | ☒ Male    ☐ Female | |
| Booking or CDC #: | BY4913 | DOB: | 4/18/1988 |
| Facility Address: | 2737 West Cecil Avenue, Delano, CA | Race: | Asian |
| Facility Phone: | (661) 721-2345 | FBI#: | 656697FC5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____          _____
                                                 (signature)