1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARVIN JOSEPH CHANG
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00200-JLT-SKO-1

12              Plaintiff,              **STIPULATION AND ORDER TO
                                        CONTINUE STATUS CONFERENCE**
13  vs.
                                        Date:  March 19, 2025
14  MARVIN JOSEPH CHANG,                Time:  1:00 p.m.
                                        Judge: Hon. Sheila K. Oberto
15              Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Karen Ann Escobar, counsel for plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for Marvin Joseph Chang, that the Court may

20  continue the status conference currently scheduled for January 29, 2025, at 1:00 p.m. to March

21  19, 2025, at 1:00 p.m. before the Honorable Sheila K. Oberto.

22         The parties agree and request the Court find the following:

23         1.     By prior order, this matter is set for a status conference on January 29, 2025.

24         2.     The government has produced initial discovery, consisting of 2,921 Bates-marked

25  items.

26         3.     Counsel for the defendant requires additional time to review discovery, consult

27  with her client regarding the case, conduct necessary investigation, and engage in further plea

28  negotiations.

1    4.    Defense counsel believes that failure to grant the above-requested continuance

2 would deny her the reasonable time necessary for effective preparation, taking into account the

3 exercise of due diligence.

4    5.    The government does not object to the requested continuance.

5    6.    Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8    7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 *et seq.*, within which trial must commence, the time period of January 29, 2025, to March 19,

10 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11    **IT IS SO STIPULATED.**

12                              Respectfully submitted,

13

14                              MICHELE BECKWITH
                              Acting United States Attorney

15 Date: January 22, 2025       */s/ Karen Ann Escobar*
16                              KAREN ANN ESCOBAR
                              Assistant United States Attorney
                              Attorney for Plaintiff
17

18                              HEATHER E. WILLIAMS
                              Federal Defender
19

20 Date: January 22, 2025       */s/ Erin Snider*
21                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
22                              MARVIN JOSEPH CHANG

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

**O R D E R**

2

**IT IS SO ORDERED.** The status currently scheduled for January 29, 2025, at 1:00 p.m.

3

is hereby continued to March 19, 2025, at 1:00 p.m. For the purpose of computing time under the

4

Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period

5

of January 29, 2025, to March 19, 2025, inclusive, is excluded pursuant to 18 U.S.C.

6

§ 3161(h)(7)(A) and (B)(iv).

7

8

Date: 1/23/2025                                *Sheila K. Oberto*

9

Hon. Sheila K. Oberto
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28