MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-200 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| MARVIN JOSEPH CHANG, | DATE: March 19, 2025 |
| Defendant. | TIME: 1 p.m. |
| | COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 19, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until July 30, 2025, and to exclude time between March 19, 2025, and July 30, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes nearly 3,000 pages of Bates stamped material, including multiple recordings and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the discovery material

1    and consult with her client.

2              c)        Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5              d)        The government does not object to the continuance.

6              e)        Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9              f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of March 19, 2025 to July 30, 2025,

11    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12    because it results from a continuance granted by the Court at defendant's request on the basis of

13    the Court's finding that the ends of justice served by taking such action outweigh the best interest

14    of the public and the defendant in a speedy trial.

15         4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

16    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17    must commence.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    IT IS SO STIPULATED.

2

3   Dated:  March 12, 2025                    MICHELE BECKWITH
                                              Acting United States Attorney

4

5                                             /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR
6                                             Assistant United States Attorney

7

8   Dated:  March 12, 2025                    /s/ ERIN M. SNIDER
                                              ERIN M. SNIDER
9                                             Counsel for Defendant
                                              MARVIN joseph CHANG

10

11

12                                **ORDER**

13    IT IS SO ORDERED.

14

15

16

17   DATED:   3/12/2025          *Sheila K. Oberto*
                                 THE HONORABLE SHEILA K. OBERTO
18                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT