HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARVIN JOSEPH CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00200-JLT-SKO |
| Plaintiff, | **ORDER re REQUEST FOR RULE 43 WAIVER OF APPEARANCE** |
| vs. | |
| MARVIN JOSEPH CHANG, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Marvin Joseph Chang, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference set for July 30, 2025, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver. Mr. Chang agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender Erin M. Snider, the same as if Mr. Chang were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Chang requests that his presence be waived because he suffers from a disability that makes transportation to and from the jail difficult.

Respectfully submitted,

Date: July 23, 2025
/s/ Marvin Joseph Chang
MARVIN JOSEPH CHANG

HEATHER E. WILLIAMS
Federal Defender

Date: July 23, 2025
/s/ Erin M. Snider
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
MARVIN JOSEPH CHANG

**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference set for July 30, 2025, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

Dated: July 24, 2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge