HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARVIN JOSEPH CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN JOSEPH CHANG,<br><br>Defendant. | Case No. 1:21-cr-00200-JLT-SAB<br><br>**STIPULATION TO SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:  July 13, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joshua Banister, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marvin Joseph Chang, that the Court may schedule a change-of-plea hearing for July 13, 2026, at 9:00 a.m.

The parties agree and request that the Court make the following findings:

1.    This matter is currently set for trial on September 1, 2026.

2.    The parties have reached a resolution. A plea agreement will be filed shortly.

3.    The parties therefore request that the Court set a change-of-plea on July 13, 2026, at 9:00 a.m.

4.    Time has previously been excluded through September 1, 2026.

/ / /

/ / /

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 24, 2026

/s/ Joshua Banister
JOSHUA BANISTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 24, 2026

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MARVIN JOSEPH CHANG

# **O R D E R**

**IT IS SO ORDERED.** A change-of-plea hearing is hereby set for July 13, 2026, at 9:00 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

UNITED STATES DISTRICT JUDGE

Chang – Stipulation Set for Change-of-Plea Hearing        2